COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:            *Terrence Tompkins v. State of Texas*

Appellate case number:       01-12-00592-CR

Trial court case number:      1337275

Trial court:                   232nd District Court of Harris County

Appellant Tompkins has filed a motion to supplement the clerk's record with a bill of costs. The motion to supplement the clerk's record is **granted**. Pursuant to Texas Rules of Appellate Procedure 34.5(c) and 44.3, the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing a bill of costs. If no bill of costs currently exists, the trial court clerk or an officer of the court is **ordered** to prepare a bill of costs for inclusion in the supplemental record. *See* TEX. CODE CRIM. PROC. ANN. art. 103.006 (West 2001) ("If a criminal action or proceeding . . . is appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action . . . is . . . appealed."); *see also Cardenas v. State*, No. 01-11-01123-CR, 2013 WL 1164365, at *4−5 (Tex. App.—Houston [1st Dist.] Mar. 21, 2013, no pet. h.) (op. on reh'g).

The supplemental clerk's record shall be filed in the First Court of Appeals **no later than May 3, 2013**.

At the same time he filed his motion to supplement the record, appellant Tompkins also filed a motion for extension of time to file his brief. The motion for extension of time to file the appellant's brief is **granted**. Although Tompkins only requested until May 5, 2013 to file his appellant's brief, the supplemental clerk's record ordered above is not due until May 3, 2013. Accordingly, we order Tompkins's appellant's brief to be filed **no later than 15 days after the date the supplemental clerk's record is filed**. No further extensions of time will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: **/s/ Harvey Brown**
                      Acting individually

Date: April 23, 2013